# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ABRAHAM DIONICIO MUNOZ, | Case No. 5:19-cv-00092-ODW-MAA |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN J. ROBERTSON, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 18, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE